## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL HUNT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-cv-1224-SHM-tmp |
| JULIAN WISER, ET AL., | ) | |
| Defendants. | ) | |

### ORDER DIRECTING PLAINTIFF TO COMPLY WITH 28 U.S.C. § 1915(a)(2)
### OR PAY THE $402 CIVIL FILING FEE

On October 17, 2022, Plaintiff Mitchell Hunt, who is incarcerated at the Madison County Jail in Jackson, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, and an unsigned motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.)

Under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915(a)-(b), a prisoner bringing a civil action must pay the filing fee required by 28 U.S.C. § 1914(a). Although the obligation to pay the fee accrues at the moment the case is filed, *see McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d. 944, 951 (6th Cir. 2013), the PLRA provides the prisoner the opportunity to make a "down payment" of a partial filing fee and pay the remainder in installments. 28 U.S.C. § 1915(b)(2). However, in order to take advantage of the installment procedures, the prisoner must properly complete and submit to the district court, along with the complaint, an *in forma pauperis* affidavit containing a current certification by the prison trust account officer and a copy of his trust account statement for the last six months immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

In this case, the unsigned affidavit submitted by Plaintiff is not accompanied by a current copy of his trust account statement. Accordingly, Plaintiff is ORDERED to submit, within thirty

30 days after the date of this order, either the entire $402 civil filing fee[1] or a signed *in forma pauperis* affidavit and a current copy of his trust account statement.  If Plaintiff needs additional time to file the required document, he may request one 30-day extension of time from this Court. *McGore,* 114 F.3d at 605.  Clerk is directed to mail Plaintiff a copy of the prisoner affidavit with this order.

      If Plaintiff timely submits the necessary documents and the Court finds that he is indigent, the Court will grant leave to proceed *in forma pauperis* and assess a filing fee of only $350 in accordance with the installment procedures of 28 U.S.C. § 1915(b).  However, if the Plaintiff fails to comply with this order in a timely manner, the Court will deny leave to proceed *in forma pauperis,* assess the entire $402 filing fee from his trust account without regard to the installment payment procedures, and dismiss the action without further notice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  *McGore,* 114 F.3d at 605.

      IT IS SO ORDERED this 19th day of October, 2022.

*Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The civil filing fee is $350.  28 U.S.C. § 1914(a).  The Schedule of Fees set out following the statute also requires an additional administrative fee of $52 for filing any civil case.  That additional fee will not apply if leave to proceed *in forma pauperis* is ultimately granted.